# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      No. 4:14-cr-211-DPM-33

GEORRAIL WILLIAMS                                           DEFENDANT

## ORDER

Motion, № 964, granted. The Indictment and Superseding Indictment are dismissed without prejudice as to Georrail Williams.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2017